**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. 3:25-54** |
| | ) | |
| v. | ) | **NOTICE FOR SCHEDULING** |
| | ) | **PROTECTION** |
| **MOHAMMAD EBRAHIM TORKI HARCHEGANI,** | ) ) ) | |
| **DEFENDANT.** | ) ) | |

The undersigned counsel for the defendant respectfully requests protection from court appearances from June 20-26, 2025, due to an unforeseen family circumstance that requires Counsel's presence and care.

                                        Respectfully submitted,

                                        s/*Suha S. Najjar*
                                        Suha S. Najjar
                                        Assistant Federal Public Defender
                                        1901 Assembly Street, Suite 200
                                        Columbia, South Carolina 29201
                                        T: 803-724-6426
                                        F: 803-765-5084
                                        Attorney ID# 13597
                                        Suha_Najjar@fd.org

June 2, 2025
Columbia, South Carolina