# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 3:25-54 |
| | ) | |
| v. | ) | NOTICE FOR SCHEDULING |
| | ) | PROTECTION |
| MOHAMMAD EBRAHIM TORKI HARCHEGANI, | ) | |
| | ) | |
| DEFENDANT. | ) | |

The undersigned counsel for the defendant respectfully requests protection from court appearances on August 29, 2025, so that he may attend a pre-planned family vacation.

Respectfully submitted,

s/NATHANIEL BRADY
Assistant Federal Public Defender
Federal Public Defender's Office
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
(803) 765-5073
Attorney ID No. 14402
nate_brady@fd.org

Columbia, South Carolina
July 24, 2025