## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 3:25-54 |
| | ) | |
| v. | ) | MOTION FOR CONTINUANCE |
| | ) | |
| MOHAMMAD EBRAHIM TORKI | ) | |
| HARCHEGANI, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Now comes the defendant, **MOHAMMAD TORKI HARCHEGANI,** by and through his appointed counsel Suha S. Najjar, Assistant Federal Public Defender, who respectfully requests the Court to continue the jury selection of this case, currently scheduled for October 8, 2025, until the following term of court. The pretrial conference in the case is currently scheduled for September 23, 2025. Assistant United States Attorney, Elle Klein, has been consulted and she consents to this continuance. This motion is made on the following grounds:

Counsel needs additional time to review discovery, conduct a thorough investigation, and review the discovery with the defendant. Additionally, a continuance would allow the parties more time to negotiate a resolution to the case.

Defense Counsel represents to the Court that she has discussed this continuance with the defendant, and he consents to the continuance. The defendant acknowledges that he understands that the time occasioned by this delay shall be excluded from consideration under 18 U.S.C. § 3161, et seq., The Speedy Trial Act.

[Signatures on Following Page]

As outlined above, and with the consent of all parties, the Defense moves for a continuance.

Respectfully submitted,

s/*Suha S. Najjar*

Suha S. Najjar
Assistant Federal Public Defender
Federal Public Defender's Office
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
(803) 724-6426
Attorney ID No. 13597
Suha_Najjar@fd.org

Columbia, South Carolina
____9/22____, 2025

I CONSENT:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: s/ELLE KLEIN
     Assistant United States Attorney

I CONSENT:

_____
MOHAMMAD TORKI HARCHEGANI
Defendant

2