# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 3:25-054 |
| | ) | |
| v. | ) | ORDER FOR CONTINUANCE |
| | ) | |
| MOHAMMAD EBRAHIM TORKI | ) | |
| HARCHEGANI, | ) | |
| | ) | |
| DEFENDANT. | ) | |

The court finds, based on the reasons set out in the defendant's motion for a continuance and based on the consent of the government, that a continuance of this case to the court's next scheduled term is justified. The court finds that the ends of justice are best served by the granting of this continuance and outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the trial of this case is continued until this court's next scheduled term, and that any delay is excusable under 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

September 19, 2025.