# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. 3:25-54** |
| | ) | |
| v. | ) | **NOTICE FOR SCHEDULING** |
| | ) | **PROTECTION** |
| **MOHAMMAD EBRAHIM TORKI HARCHEGANI,** | ) ) ) | |
| **DEFENDANT.** | ) | |

The undersigned counsel for the defendant respectfully requests protection from court appearances from February 26 - March 6, 2026, due to pre-planned leave.

                                                      Respectfully submitted,

                                                     s/*Suha S. Najjar*
                                                     Suha S. Najjar
                                                     Assistant Federal Public Defender
                                                     1901 Assembly Street, Suite 200
                                                     Columbia, South Carolina 29201
                                                     T: 803-724-6426
                                                     F: 803-765-5084
                                                     Attorney ID# 13597
                                                     Suha_Najjar@fd.org

November 21, 2025
Columbia, South Carolina