# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. 3:25-54** |
| | ) | |
| **v.** | ) | **AMENDED** |
| | ) | **NOTICE FOR SCHEDULING** |
| **MOHAMMAD EBRAHIM TORKI HARCHEGANI,** | ) | **PROTECTION** |
| | ) | |
| **DEFENDANT.** | ) | |

The undersigned counsel anticipates a leave of absence to attend out-of-state training from May 26, 2026 through May 29, 2026. Therefore, Counsel respectfully requests his protection from court appearances from May 26, 2026 through May 29, 2026.

Respectfully submitted,

s/NATHANIEL BRADY
Assistant Federal Public Defender
Federal Public Defender's Office
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
(803) 765-5073
Attorney ID No. 14402
nate_brady@fd.org

Columbia, South Carolina
April 13, 2026