UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA  )  CRIMINAL NO. 3:25-54
          )
   v.        )
          )
MOHAMMAD EBRAHIM TORKI HARCHEGANI )
  a/k/a "Alex Shaw"    )

## VERDICT

**WE, THE JURY,** unanimously return the following verdict in the above referenced

case:

As to Count One, attempted coercion or enticement of a minor, we unanimously find the

Defendant

_Guilty_____

(Not Guilty or Guilty)

        ███████████████████

        Foreperson's Signature

        ██████████████

        Foreperson's Printed Name

May__15___,2026
Columbia, South Carolina