IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

United States of America

CR No. 3:25-54

vs.

Mohammad Ebrahim Torki Harchegani,

Defendant.

## RECEIPT - GOVERNMENT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits:

1-33

May 15, 2026

_____
Attorney for Government

## RECEIPT - DEFENDANT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits:

10A, 10C, 11A, 12-14

May 15, 2026

_____
Attorney for Defendant